UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SKY INVESTMENT CAPITAL, LLC,
PALMA BELLA DEVELOPMENT, LLC,
and YIZHAK TOLEDANO, individually
and as Trustee of the Yizhak Toledano
Revocable Trust,

                Plaintiffs,

-vs-                           Case No.  6:13-cv-448-Orl-28DAB

FEDERAL DEPOSIT INSURANCE
CORPORATION and BANK MIDWEST,

                Defendants.

_____

## ORDER

This declaratory judgment action is before the Court on the Motions to Dismiss (Docs. 8 & 17) filed by the Defendants.

Plaintiffs, as the parties invoking this Court's subject matter jurisdiction, have the burden of establishing such jurisdiction.  Plaintiffs have not met that burden.  The Declaratory Judgment Act does not itself confer jurisdiction, and Plaintiffs have not presented any valid basis for federal jurisdiction.  Moreover, even if the Court had subject matter jurisdiction over this case, it would exercise its discretion not to entertain this declaratory judgment action, which would  require involvement in or interference with an ongoing case in state court presenting the same issues.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Motions to Dismiss (Docs. 8 & 17) are **GRANTED**.

2. This case is **DISMISSED** for lack of subject matter jurisdiction.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida this ____6____ day of August, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party

-2-